An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER JAMES WILLING,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66202

**FILED**

SEP 3 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a proper person notice of appeal. Appellant entitled his notice of appeal, "Notice of Appeal for Writ of Habeas Corpus." Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

The notice of appeal was filed on July 22, 2014. The documents submitted with this appeal indicate that the district court has not entered its decision, either oral or written, to finally resolve a post-conviction petition for a writ of habeas corpus. Further, to the extent that appellant is appealing from the judgment of conviction entered on March 26, 2014, the appeal is untimely. NRAP 4(b)(1)(A). "[A]n untimely notice of appeal fails to vest jurisdiction in this court," *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), and we cannot "extend the time to file a notice of appeal except as provided in [NRAP] 4(c)," NRAP 26(b)(1)(A).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-32498

Therefore, we lack jurisdiction to consider this appeal and we

ORDER this appeal DISMISSED.[1]

_____ , J.
Hardesty

_____ , J.
Douglas

_____ , J.
Cherry

cc:   Hon. Kimberly A. Wanker, District Judge
      The Law Firm of Nathan L. Gent, PLLC
      Nye County District Attorney
      Attorney General/Carson City
      Nye County Clerk
      Christopher James Willing

_____

[1]We deny as moot respondent's motion to dismiss appeal filed on August 22, 2014.